UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHARLES WHEAT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:06CV00874 ERW |
| | ) |
| CAMERON DANIEL, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

This matter comes before the Court upon Defendants' April 9, 2007 submission of documents for *in camera* review (related to Plaintiff's parole file) and Defendants' Motion to Stay Discovery [doc. #78]. After careful consideration, the Court makes the following rulings:

- Defendants shall produce the following documents in Plaintiff's parole file:
  - Document entitled "Memorandum" (from Cameron Daniel to Classification Team/Probation & Parole), dated August 28, 1989.
  - Document entitled "Psychiatric Evaluation," dated November 6, 1989.
- All other documents Plaintiff requests in his Motion to Compel [doc. #56] are subject to the statutory privilege of the Missouri Board of Probation and Parole, § 549.500 R.S. Mo. The parole board has invoked its statutory right to deny Plaintiff access to the documents for his inspection. At this time, the Court believes that Plaintiff has presented insufficient evidence to warrant reversal of the board's decision.

Defendants shall make production in accordance with this Order no later than **April 20, 2007**.

**IT IS FURTHER ORDERED** that Defendants' Motion For Stay of all Discovery Pending Ruling Defendants' Motions To Dismiss [doc. # 78] is **GRANTED**. All Discovery shall be stayed until the Court rules on Defendants' pending Motions to Dismiss.

So Ordered this 10th day of April, 2007.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE

PDF created with FinePrint pdfFactory trial version www.pdffactory.com